IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 APR -8  PM 2: 43
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
      DEPUTY

| | |
|---|---|
| ADVANCED ELECTROLYTE TECHNOLOGIES LLC AND UBE INDUSTRIES, LTD., <br> PLAINTIFFS, <br><br> V. <br><br> SAMSUNG SDI CO. LTD., SAMSUNG SDI AMERICA, INC., SAMSUNG ELECTRONICS CO, LTD., AND SAMSUNG ELECTRONICS AMERICA, INC., <br> DEFENDANTS. | § § § § § § § § § § § § § § § | CAUSE NO. A-17-CV-00030-LY |

## FINAL JUDGMENT

Before the court is the above styled and numbered cause. On this date by separate order the court dismissed all claims brought by Plaintiffs Advanced Electrolyte Technologies LLC and UBE Industries, Ltd. against Defendants Samsung SDI Co., Ltd. and Samsung SDI America, Inc. with prejudice, and all claims alleged by Plaintiffs Advanced Electrolyte Technologies LLC and UBE Industries, Ltd. against Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. without prejudice. Additionally, the court ordered costs taxed against the party incurring same.

As nothing remains for resolution in the cause, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS FURTHER ORDERED** that the case is **CLOSED.**

SIGNED this ___8th___ day of April, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE